Exhibit 1

| Registration #: | TX0009486041 |
| Service Request #: | 1-14896359438 |

# Mail Certificate

Perkins Coie LLP
Rebecca F. Watt
P.O. Box 2608
Seattle, WA 98111 United States

| | | | |
|---|---|---|---|
| **Priority:** | Special Handling | **Application Date:** | March 28, 2025 |

# Correspondent

| | |
|---|---|
| **Organization Name:** | Perkins Coie LLP |
| **Name:** | Eric B. Evans |
| **Email:** | pctrademarks@perkinscoie.com |
| **Address:** | 3150 Porter Drive |
| | Palo Alto, CA 94304-1212 United States |

Registration Number

# TX 9-486-041

Effective Date of Registration:
March 28, 2025
Registration Decision Date:
April 03, 2025

## Title

**Title of Work:** World reacts to terrible Taylor Swift news

## Completion/Publication

**Year of Completion:** 2025
**Date of 1st Publication:** February 12, 2025
**Nation of 1st Publication:** United States

## Author

- **Author:** Kevin Harrish
  **Author Created:** text
  **Citizen of:** United States

## Copyright Claimant

**Copyright Claimant:** Comeback Media, Inc.
2044 Scioto Pointe Drive, Columbus, OH, 43221, United States
**Transfer statement:** By written agreement

## Limitation of copyright claim

**Material excluded from this claim:** third party content

## Certification

**Name:** Eric B. Evans
**Date:** March 28, 2025
**Applicant's Tracking Number:** 131475-0004.6006

---

**Correspondence:** Yes

Page 1 of 1