1
2
3
4

Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2341
sheri@zwillgen.com

5
6
7
8

Jacob Sommer (*pro hac vice* forthcoming)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5233
jake@zwillgen.com

9
10

*Attorneys for Defendant*
*Particle Media Inc. d/b/a NewsBreak*

11
12
13

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

14
15
16
17
18
19
20
21
22

COMEBACK MEDIA, INC.,

        *Plaintiff,*

        v.

PARTICLE MEDIA, INC. d/b/a
NEWSBREAK; DIGITAL NEXT MEDIA,
INC. d/b/a TOTAL IMPULSE SPORT;
TYLER LEYDON a/k/a TYLER
CHIKHANI a/k/a JOSHUA TERRETO; and
JOHN DOES 1-30,
        *Defendants.*

Case No. 3:25-cv-03298-CRB
Judge: Hon. Charles R. Breyer

**[PROPOSED] ORDER GRANTING
DEFENDANT'S MOTION TO DISMISS**

Hearing Date: October 31, 2025
Time: 10:00 a.m.
Courtroom: 6, 17th Floor

23
24
25
26
27
28

1

**[PROPOSED] ORDER**

2      Defendant Particle Media Inc. d/b/a NewsBreak's Motion to Dismiss the Second Amended

3 Complaint filed by Comeback Media, Inc. was heard on October 31, 2025 at 10:00 a.m. before the

4 Honorable Charles R. Breyer in Courtroom 6 of the above-captioned Court. Having considered all

5 the pleadings and papers on file in this action, all matters judicially noticeable, and such further

6 documentary evidence and oral argument, and for good cause shown,

7      IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is GRANTED; and it is

8 further

9      ORDERED that Plaintiff Comeback Media, Inc.'s Second Amended Complaint against

10 Defendant Particle Media Inc. d/b/a NewsBreak is dismissed with prejudice for failure to state a

11 claim upon which relief can be granted under Federal Rule of Civil Procedure 12(b)(6).

12      **IT IS SO ORDERED.**

13

14 DATED: _____, 2025      _____

15                                    Hon. Charles R. Breyer
                                       United States District Judge

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS; 3:25-cv-03298-CRB