| | |
|---|---|
| 1 | Sheri Pan (SBN 316136) |
| 2 | ZWILLGEN LAW LLP<br>369 Pine Street, Suite 506 |
| 3 | San Francisco, CA 94104<br>Telephone: (415) 590-2341 |
| 4 | sheri@zwillgen.com |

Jacob Sommer (*pro hac vice* forthcoming)
ZWILLGEN PLLC
1900 M Street NW, Suite 250
Washington, DC 20036
Telephone: (202) 706-5233
jake@zwillgen.com

*Attorneys for Defendant*
*Particle Media, Inc. d/b/a NewsBreak*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| COMEBACK MEDIA, INC.,<br><br>Plaintiff,<br><br>v.<br><br>PARTICLE MEDIA, INC. d/b/a NEWSBREAK; DIGITAL NEXT MEDIA, INC. d/b/a TOTAL IMPULSE SPORT; TYLER LEYDON a/k/a TYLER CHIKHANI a/k/a JOSHUA TERRETO; and JOHN DOES 1-30,<br>Defendants. | Case No. 3:25-cv-03298-CRB<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO DISMISS**<br><br>Judge:         Hon. Charles R. Breyer<br>Hearing Date: February 13, 2026<br>Time:          10:00 a.m.<br>Courtroom:  6, 17th Floor<br><br>Stipulated Opposition Deadline: Dec. 12, 2025<br>Stipulated Reply Deadline: Jan. 3, 2026 |

**[PROPOSED] ORDER**

Defendant Particle Media, Inc. d/b/a NewsBreak's Motion to Dismiss the Third Amended Complaint was heard on February 13, 2026 at 10:00 a.m. before the Honorable Charles R. Breyer in Courtroom 6 of the above-captioned Court. Having considered all the pleadings and papers on file in this action, all matters judicially noticeable, and such further documentary evidence and oral argument, and for good cause shown:

**IT IS HEREBY ORDERED** that NewsBreak's Motion to Dismiss is GRANTED, and the Third Amended Complaint against NewsBreak is dismissed with prejudice under Federal Rule of Civil Procedure 12(b)(6).

**IT IS SO ORDERED.**

DATED: _____, 2026

_____
Hon. Charles R. Breyer
United States District Judge