1  Darren Adam Heitner (*pro hac vice*)
   darren@heitnerlegal.com
2  Heitner Legal, P.L.L.C.
   215 Hendricks Isle
3  Fort Lauderdale, Florida 33301
   Telephone: 954.558.6999
4  Facsimile: 954.927.3333

5

6  *Attorney for Plaintiff*
   *COMEBACK MEDIA, INC.*

7  Sheri Pan (SBN 316136)
8  sheri@zwillgen.com
   ZWILLGEN LAW LLP
9  369 Pine Street, Suite 506
   San Francisco, CA 94104
10 Telephone: (415) 590-2341
   Facsimile: (415) 636-5965
11

12 *Attorneys for Defendant*
   *PARTICLE MEDIA, INC. D/B/A NEWSBREAK*
13

14                    **UNITED STATES DISTRICT COURT**

15                    **NORTHERN DISTRICT OF CALIFORNIA**

16

| | |
|---|---|
| COMEBACK MEDIA, INC., *a Delaware Corporation*, | Case No. 3:25-cv-03298-CRB |
| Plaintiff, | Assigned to Hon. Charles R. Breyer |
| v. | **JOINT STIPULATION AND [PROPOSED] ORDER TO STRIKE THIRD AND FOURTH CLAIMS FOR RELIEF FROM THIRD AMENDED COMPLAINT** |
| PARTICLE MEDIA, INC. d/b/a NEWSBREAK, *a Delaware Corporation*, DIGITAL NEXT MEDIA, INC. d/b/a TOTAL IMPULSE SPORT, *a Delaware Corporation*, TYLER LEYDON a/k/a TYLER CHIKHANI a/k/a JOSHUA TERRETO, *a citizen of Australia*, and JOHN DOES 1-20, *persons of unknown citizenship*, | |
| Defendants. | |

Plaintiff and Particle Media, Inc. d/b/a NewsBreak ("NewsBreak"), by and through their undersigned counsel, respectfully stipulate as follows:

1. On November 4, 2025, Plaintiff filed the Third Amended Complaint [Dkt. 34].

2. On November 12, 2025, counsel for the Parties met and conferred, during which NewsBreak's counsel requested that Plaintiff consider striking certain claims for relief from the Third Amended Complaint.

3. Upon further consideration, Plaintiff agreed to voluntarily strike the Third and Fourth Claims for Relief from the Third Amended Complaint.

4. On November 17, 2025, NewsBreak's counsel suggested filing a short consent motion/stipulation to remove the two Claims for Relief from the Third Amended Complaint.

5. The Parties therefore stipulate and agree that the Third Claim for Relief (Unfair and Unlawful Competition Under Cal. Bus. & Prof. Code §§ 17200 et seq. Against All Defendants) and the Fourth Claim for Relief (California Common Law Misappropriation Against All Defendants) in the Third Amended Complaint are hereby STRICKEN and are not part of the operative pleadings.

6. This striking is without prejudice to the remaining causes of action in the Third Amended Complaint, which remain pending.

**IT IS SO STIPULATED.**

Dated: November 17, 2025            **HEITNER LEGAL, P.L.L.C.**

                                    /s/ Darren Heitner
                                    Darren Heitner, Esq.
                                    Darren@HeitnerLegal.com

                                    *Attorney for Plaintiff*

Dated: November 18, 2025            **ZWILLGEN LAW LLP**

                                    /s/ Sheri Pan
                                    Sheri Pan (SBN 316136)
                                    sheri@zwillgen.com

                                    *Attorney for Defendant Particle Media, Inc. d/b/a NewsBreak*

ATTESTATION

In accordance with Civ. L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other Signatories, which shall serve in lieu of their signatures on the document.

                                                  /s/ Darren Heitner
                                                  Darren Heitner, Esq.

**[PROPOSED] ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The Third Claim for Relief (Unfair and Unlawful Competition Under Cal. Bus. & Prof. Code §§ 17200 et seq. Against All Defendants) and the Fourth Claim for Relief (California Common Law Misappropriation Against All Defendants) in the Third Amended Complaint are hereby STRICKEN and not part of the operative pleadings.

Dated: December 1, 2025

                                                  Hon. Charles R. Breyer
                                                  United States District Judge