IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMEBACK MEDIA, INC., | Case No.  25-cv-03298-CRB |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| PARTICLE MEDIA, INC., et al., | |
| Defendants. | |

To Plaintiff Comeback Media, Inc., you are hereby ORDERED TO SHOW CAUSE in writing, on or before March 20, 2026 why this action should not be dismissed for failure to serve Defendants Digital Next Media, Inc., Total Impulse Sport, and Tyler Leydon under Federal Rule of Civil Procedure 4(m).

This case was filed on April 11, 2025 (dkt. 1) and the complaint has been amended three times (see dkt. 34).  A summons was issued for Digital Next Media on June 13, 2025. Dkt. 11.  The latest summons for Digital Next Media was issued on August 26, 2025.  Dkt. 27.  And no summons has been issued for Total Impulse Sport or Tyler Leydon.

Here, Plaintiff has not complied with Rule 4(m), which requires defendants to be served within 90 days after the complaint is filed.  Accordingly, the Court ORDERS Plaintiff TO SHOW CAUSE why this action against Defendants Digital Next Media, Total Impulse Sport, and Tyler Leydon should not be dismissed for a failure to serve.  Plaintiff shall submit a written response on or before **March 20, 2026**.  In the alternative, if Plaintiff files proof of service on or before March 20, 2026, the Court will dissolve this order to show cause.  The Court advises Plaintiff that a failure to respond to this order by March 20, 2026, may result in the dismissal of claims against Digital Next Media, Total

Impulse Sport, and Tyler Leydon with prejudice.  Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: February 26, 2026



CHARLES R. BREYER
United States District Judge

United States District Court
Northern District of California

2