Darren Adam Heitner (admitted *pro hac vice*)
**HEITNER LEGAL, P.L.L.C.**
215 Hendricks Isle
Fort Lauderdale, FL 33301
Telephone: (954) 558-6999
Facsimile: (954) 927-3333
Email: darren@heitnerlegal.com

Eric Ricoh Evans (SBN 232476)
Bo Yan J. Moran (SBN 360289)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Email: EEvans@perkinscoie.com
BMoran@perkinscoie.com

*Attorneys for Plaintiff*
*Comeback Media, Inc.*

Sheri Pan (SBN 316136)
**ZWILLGEN LAW LLP**
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Email: sheri@zwillgen.com

*Attorney for Defendant*
*Particle Media, Inc. d/b/a NewsBreak*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

COMEBACK MEDIA, INC., a Delaware corporation,

*Plaintiff*,

v.

PARTICLE MEDIA, INC. d/b/a NEWSBREAK, a Delaware corporation; DIGITAL NEXT MEDIA, INC. d/b/a TOTAL IMPULSE SPORT; TYLER LEYDON a/k/a TYLER CHIKHANI a/k/a JOSHUA TERRETO,

*Defendants*.

Case No. 3:25-cv-03298-CRB
Assigned to Hon. Charles R. Breyer

**STIPULATION FOR DISMISSAL OF DEFENDANT PARTICLE MEDIA, INC. D/B/A NEWSBREAK WITH PREJUDICE; [~~PROPOSED~~] ORDER**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Comeback Media, Inc. ("Comeback") and Defendant Particle Media, Inc. d/b/a NewsBreak ("Particle Media"), by and through their undersigned counsel, hereby stipulate as follows:

1. All claims asserted by Comeback against Particle Media in this action are dismissed with prejudice. Comeback and Particle Media shall each bear their own attorneys' fees and costs incurred in connection with this action.

2. This Stipulation resolves and dismisses only the claims between Comeback and Particle Media. The Stipulation does not affect the action against the remaining Defendants, Digital Next Media, Inc. d/b/a Total Impulse Sport, Total Impulse Sport, and Tyler Leydon (also known as Tyler Chikhani and Joshua Terreto), and nothing in this Stipulation affects Comeback's claims against, or the rights or defenses of, those remaining Defendants.

**IT IS SO STIPULATED.**

Dated: July __, 2026

**HEITNER LEGAL, P.L.L.C.**

By: /s/ Darren Heitner
Darren Heitner (admitted *pro hac vice*)
215 Hendricks Isle
Fort Lauderdale, FL 33301
Telephone: (954) 558-6999
Email: darren@heitnerlegal.com

Eric Ricoh Evans (SBN 232476)
Bo Yan J. Moran (SBN 360289)
**PERKINS COIE LLP**
3150 Porter Drive
Palo Alto, CA 94304-1212
Telephone: (650) 838-4300
Email: EEvans@perkinscoie.com
BMoran@perkinscoie.com

*Attorneys for Plaintiff*
*Comeback Media, Inc.*

Dated: July __, 2026

**ZWILLGEN LAW LLP**

By: /s/ Sheri Pan
Sheri Pan (SBN 316136)
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Email: sheri@zwillgen.com

*Attorney for Defendant*
*Particle Media, Inc. d/b/a NewsBreak*

## ATTESTATION

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

/s/ Darren Heitner
Darren Heitner

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

1. All claims asserted by Plaintiff Comeback Media, Inc. against Defendant Particle Media, Inc. d/b/a NewsBreak, in the above-captioned action are DISMISSED WITH PREJUDICE.

2. Comeback Media, Inc. and Particle Media, Inc. shall each bear their own attorneys' fees and costs.

3. This action shall proceed as to the remaining Defendants, Digital Next Media, Inc. d/b/a Total Impulse Sport, Total Impulse Sport, and Tyler Leydon.

Dated: August 4, 2026

HON. CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE